Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:56 PM
Envelope: 3869491
Reviewer: Carol M.

1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 1 of 24 PageID #: 7

STATE OF RHODE ISLAND

PROVIDENCE SUPERIOR COURT
CIVIL ACTION NO.

| | |
|---|---|
| FIRST FINANCIAL, LLC, | ) |
| *Plaintiff*, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS, INC ("MERS"), | ) |
| | ) |
| DECISION ONE MORTGAGE COMPANY, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| MERSCORP HOLDINGS, INC., | ) |
| *Defendants*. | ) |

## COMPLAINT AND JURY DEMAND

### I.      INTRODUCTION

1.  This is an action brought by Plaintiff First Financial, LLC ("Plaintiff" or "First
    Financial") against Defendants, Mortgage Electronic Registration Systems, Inc.
    ("MERS"), Decision One Mortgage Company, LLC ("Decision One"), and MERSCORP
    Holdings, Inc. ("MERSCORP") (collectively, "Defendants"), seeking compensatory
    damages, restitution, attorney's fees, costs, and other equitable relief arising out of
    violations of the covenant of good faith and fair dealing, intentional interference with
    contractual and business relations, interference with prospective business advantage, and
    violations of the Rhode Island Deceptive Trade Practices Act (R.I. G. L. §§ 6-13.1-1 *et
    seq.*).

1

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:56 PM
Envelope: 3869491
Reviewer: Carol M.

## II.    PARTIES

2. Plaintiff First Financial, LLC is a domestic corporation duly organized and incorporated under the laws of the State of Arizona doing business in the State of Arizona from a place of business located at 10632 N. Scottsdale Road., B-466, Scottsdale, Arizona 85254.

3. Defendant Decision One Mortgage Company, LLC is a foreign corporation duly organized and incorporated under the laws of the State of Illinois doing business in the State of Rhode Island from 300 Centerville Road, Warwick, Rhode Island, 02886-0200.

4. Defendant MERSCORP Holdings, Inc. is a Delaware corporation with its principal place of business located at 1818 Library Street, Suite 300, Reston, Virginia 20190. MERSCORP is owned by many of the most significant stakeholders in the mortgage industry, including mortgage originating and servicing companies (*e.g.*, Bank of America, CitiMortgage, Inc., GMAC Residential Funding Corporation, and Wells Fargo Bank, N.A.), government sponsored entities (*e.g.*, Fannie Mae and Freddie Mac), mortgage insurance and title companies (*e.g.*, First American Title Insurance Corporation and PMI Mortgage Insurance Company), and the Mortgage Bankers Association. MERSCORP owns and operates the MERS System, which is a national registry that tracks the ownership and servicing rights of its members in residential mortgage loans. As a national organization, MERSCORP conducts business in the State of Rhode Island.

5. Defendant Mortgage Electronic Registration System, Inc. ("MERS, Inc.") is a wholly owned subsidiary of MERSCORP. MERS, Inc. and is a Delaware corporation with its principal place of business located at 1818 Library Street, Suite 300, Reston, Virginia

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:56 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 3 of 24 PageID #: 9

20190. MERS, Inc. is a national organization conducting business in the State of Rhode Island.

6. MERSCORP, the MERS System, and MERS, Inc. are referred to collectively as "MERS."

### III.     PRELIMINARY STATEMENT

7. The mortgage industry created MERS to enable financial institutions to avoid publicly recording mortgage transfers, facilitate the rapid sale and securitization of mortgages *en masse*, and shorten foreclosure times. In the MERS System, MERS members purportedly log all their mortgage transfers in a private electronic registry instead of publicly recording the transfer in the local county clerk's office. Financial institutions designate MERS, Inc. – a shell company with no interest in any mortgage loan – as the nominal "mortgagee" of the loan in the public records. The basic theory behind MERS is that, because MERS, Inc. serves as the "nominee" (or agent) for most major lenders, it remains the "mortgagee" in the public records, regardless of how often the loan is sold or transferred among MERS members.

### IV.     JURISIDICTION AND VENUE

8. This Court has jurisdiction pursuant to R.I.G.L. § 8-2-14, granting it exclusive jurisdiction to hear actions in which the controversy exceeds the sum of $10,000.00.

9. This Court has personal jurisdiction over each named Defendant pursuant to R.I.G.L. § 9-5-33 because each Defendant has conducted business in the State of Rhode Island, and, by each Defendant's actions and/or omissions, has availed itself of the privileges of the laws of the State of Rhode Island.

10. This matter is subject to the jurisdiction of this Court because the conduct of Defendants giving rise to this action occurred primarily in Rhode Island.

11. Pursuant to the requirements set forth in R.I.G.L. 1956 § 9-4-5, venue is proper in this Court because the action is between nonresident parties, and thus suit against corporate defendants established outside of the State, if brought in the superior court, may be brought in the court for any county.

## V.    MATERIAL FACTS

12. On or about August 11, 2005, one Mr. Terrance J. DeYoung ("Mr. DeYoung") obtained a Second Mortgage ("Second Mortgage") from lender Decision One Mortgage Company, LLC in the amount of $27,000.00.

13. The Second Mortgage was for a property located in Providence County, Rhode Island, Document # 21538, Book 5841, Page 156, address 49 Custer Street, Warwick, Rhode Island 02889, legal designation lots 160 and 161, Haswill Shore Plat, Warwick, Rhode Island.

14. At all times relevant, MERS acted as nominee for Decision One.

15. Mr. DeYoung's Second Mortgage was recorded on August 16, 2005.

16. On or about February 1, 2007, MERS, as nominee for Decision One, assigned the rights to the Second Mortgage to First Financial, a true copy of which is attached as Exhibit A (the "Assignment").

17. The Assignment of Mortgage document was notarized on February 23, 2007 and signed by MERS Vice President, James McDermott.

18. Thereafter, on or about June 4, 2021, MERS, without any notice to First Financial, erroneously filed a Satisfaction of Mortgage, thereby canceling and discharging the

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-CV-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 5 of 24 PageID #: 11

Second Mortgage. No payment on the Second Mortgage held by First Financial was made to First Financial.

19. The Satisfaction of Mortgage was prepared by MERSCORP Holdings, Inc. and signed by Vice President Joseph Patry, a true copy of which is attached as Exhibit B.

20. MERS, however, had already assigned its rights to First Financial and thus retained no rights in servicing the Second Mortgage, including, but not limited to, the right of satisfaction.

21. After MERS erroneously filed the Satisfaction of Mortgage, the property located at 49 Custer Street, Warwick, Rhode Island – the subject of the Second Mortgage – was sold on or about August 27, 2021.

22. Upon learning of the erroneous discharge, First Financial sent MERS a Demand Letter on September 2, 2022, notifying MERS of the discharge and seeking payment of the payoff amount of $70,562.29 plus per diem interest, accrued at a rate of $8.02 per day, for a total of $74,211.39 with interest continuing to accrue, a true copy of which is attached as Exhibit C.

23. MERS has not responded to First Financial's Demand Letter.

24. As a result of MERS' interference with First Financial's capacity to service the Second Mortgage, First Financial's expectation of mortgage payments from Mr. DeYoung was extinguished.

### COUNT I
### Tortious Interference with Contractual and Business Relations
### (As to All Defendants)

25. Plaintiff incorporates the allegations in paragraphs 1 through 24 as if fully set forth herein.

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 6 of 24 PageID #: 12

26. Defendants, by their individual or concerted acts and/or omissions, intentionally interfered with Plaintiff's contractual and business relations by filing a Satisfaction of Mortgage in error, which ultimately prevented First Financial from servicing or receiving payment for the Second Mortgage it had been assigned, resulting in damages to First Financial.

## COUNT II
### Breach of the Implied Covenant of Good Faith and Fair Dealing
### (As to All Defendants)

27. Plaintiff incorporates the allegations in paragraphs 1 through 26 as if fully set forth herein.

28. Defendants, by their individual and/or concerted acts and/or omissions, including, but not limited to, those described herein, violated the covenant of good faith and fair dealing by intentionally and knowingly interfering with the underlying purpose of the Assignment and thereby impairing the value of the Assignment when they intentionally and knowingly discharged the assigned Second Mortgage, resulting in damage to Plaintiff.

## COUNT III
### Tortious Interference with Prospective Business Advantage
### (As to All Defendants)

29. Plaintiff incorporates the allegations in paragraphs 1 through 28 as if fully set forth herein.

30. Defendants, by their individual and/or concerted acts and/or omissions, including, but not limited to, those described herein, tortiously interfered with Plaintiff's economic expectation in servicing the Second Mortgage by intentionally and knowingly interfering with Plaintiff's capacity to realize that economic expectation when it discharged the Second Mortgage. Plaintiff retained an absolute right via the Assignment to future

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-CV-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 7 of 24 PageID #: 13

economic benefits by servicing the Second Mortgage, which it was deprived of by

Defendants' wrongful conduct. As a result, Plaintiff suffered damage.

## COUNT IV
### R.I. Gen. L. §§ 6-13.1-1 *et seq.*).
### Violation of Rhode Island Deceptive Trade Practices Act
### (As to All Defendants)

31. Plaintiff incorporates the allegations in paragraphs 1 through 30 as if fully set forth

    herein.

32. Defendants, by their individual and/or concerted acts and/or omissions, including, but not

    limited to, those described herein, have engaged in deceptive trade practices by

    intentionally and knowingly filing a Satisfaction of Mortgage where MERS, as nominee

    for Decision One, had already assigned any and all such rights to Plaintiff, thereby

    damaging Plaintiff.

## VI.    PRAYERS FOR RELIEF

**WHEREFORE**, Plaintiff prays this Honorable Court grant the following relief:

1. An award of compensatory damages;

2. An award of reasonable attorneys' fees and costs; and

3. Any such further relief as this Court deems just and proper.

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 8 of 24 PageID #: 14

## VII.   DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all counts so triable.

Respectfully submitted,
PLAINTIFF,
FIRST FINANCIAL, LLC
By and through its counsel:

_/s/ A. Neil Hartzell, Esq._____
A. Neil Hartzell, Esq. (Bar #4909)
FREEMAN MATHIS & GARY, LLP
60 State Street, Suite 600
Boston, MA 02109
neil.hartzell@fmglaw.com
Tel: (617) 963-5966

Dated: November 14, 2022

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS    Document 1-1    Filed 12/30/22    Page 9 of 24 PageID #: 15

# EXHIBIT A

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

CV-004461-JJM-PAS    Document 1-1    Filed 12/30/22    Page 10 of 24 PageID #: 16

INST: 00004962 Bk: 6503 Pg: 57

Please return the recorded document to:

**First Financial, LLC**
7119 E. Shea Blvd., #109-466
Scottsdale, AZ 85254
(480) 443-3526

FF-4880

Document Prepared by Kim A. Jones

# ASSIGNMENT OF MORTGAGE

Date of Assignment: February 1, 2007
For value received, Mortgage Electronic Registration Systems, Inc. "MERS," nominee for Decision One Mortgage Company, LLC, its successors and assigns, P.O. Box 2026, Flint, MI 48501-2026, hereby sells, assigns and transfers to: *First Financial, LLC*
~~FOX 1 FINANCIAL~~, **7119 E. Shea Blvd., #109-466, Scottsdale, AZ 85254**
and its successors and assigns all its rights, title and interest to a certain Mortgage described as follows:

| | |
|---|---|
| EXECUTION DATE: | August 11, 2005 |
| LOAN AMOUNT: | $27,000.00 |
| BORROWER/GRANTOR: | Terrance J. DeYoung |
| LENDER: | Decision One Mortgage Company, LLC |
| COUNTY / STATE: | Providence County / Rhode Island |
| RECORDED: | August 16, 2005 |
| DOCUMENT #: | 21538 |
| BOOK / PAGE: | 5841 / 156 |
| COMMON ADDRESS: | 49 Custer Street, Warwick, RI 02889 |
| LEGAL: | LOTS 160 AND 161, HASWILL SHORE PLAT, WARWICK, RHODE ISLAND. |

Mortgage Electronic Registration Systems, Inc.
"MERS," nominee Decision One Mortgage
Company, LLC

_James McDermott_
_Vice President_

Witness

STATE OF FLORIDA                    )
                                    ) ss
COUNTY OF HILLSBOROUGH              )

On February _23_, 2007, before me, _K L Lugo Smith_, a Notary Public in and for said county and state, appeared James McDermott, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they are the _V. P._ of Mortgage Electronic Registration Systems, Inc. "MERS," nominee for Decision One Mortgage Company, LLC, and were duly authorized in his/her/their respective capacities to execute the foregoing instrument for and in the name and on behalf of said corporation and that said corporation executed the same, and further stated and acknowledged that they had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

WITNESS my hand and official seal,

_K J Lugo Smith_

Notary Public:
My Commission Expires:

Notary Public State of Florida
K L Lugo Smith
My Commission DD603821
Expires 10/10/2010

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 11 of 24 PageID #: 17

# EXHIBIT B

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 12 of 24 PageID #: 18

Recording Requested By and
When Recorded Return To:
Merscorp Holdings, Inc., c/o NTC
2100 ALT 19 North
Palm Harbor, FL 34683

Document Prepared By:
MERSCORP Holdings, Inc. 1818
Library Street Suite 300 Reston,
VA 20190 1-888-679-6377

MIN# 100077910004485948

## SATISFACTION OF MORTGAGE

THE UNDERSIGNED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS, holder of a certain Mortgage made by **TERRANCE J DEYOUNG**, bearing the date of 08/11/2005 and recorded in the Land Evidence Records of the Town of **WARWICK, Rhode Island**, in **Book 5841 and Page 156**, does hereby cancel and discharge said mortgage and authorizes the Recorder to discharge the Mortgage of record.

Property is commonly known as: 49 CUSTER STREET, WARWICK, RI 02889.

Dated on 6 4 01 (MM/DD/YYYY)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS

By: _____
Joseph Patry
VICE PRESIDENT

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [ ] online notarization on 06 / 04 / 2021 (MM/DD/YYYY) by Joseph Patry, VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Notary Public - COMMONWEALTH OF VIRGINIA
Commission expires: 5|31|2024

Elizabeth Powell
Commonwealth of Virginia
Notary Public
Commission No. 354467
My Commission Expires 05/31/2024

MRSAV 424372532   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) COR   MIN 100077910004485948 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026   T012106-11:17:46 [C-1] CORR11

*D0078137054*

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 13 of 24 PageID #: 19

# EXHIBIT C

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 14 of 24 PageID #: 20



60 State Street
Suite 600
Boston, MA  02109-1800

Tel: 617.963.5975

**www.fmglaw.com**

A. Neil Hartzell

D: 617.963.5966
C: 857.366.1181

neil.hartzell@fmglaw.com

September 2, 2022

MERS
Docrequest@mers.org

      Re:    **First Financial, LLC**
             **MERS Support Case No.  CC27588106**
             **DEMAND LETTER**

Dear Sir/Madam:

This office represents First Financial, LLC ("First Financial") in connection with its previous notices to MERS of MERS' erroneous discharge of a second mortgage held by First Financial for Mortgagor Mr. Terrance DeYoung, 49 Custer Street, Warwick, RI  02889.

That mortgage, recorded at Book 5841, Page 156 in the town of Warwick, Rhode Island, was discharged by MERS on June 4, 2021.

That discharge was erroneous as no payments were made by anyone to First Financial to satisfy that mortgage so as to permit a discharge to be filed.

First Financial has previously sent you emails with the documents on August 11, 2021 and August 19, 2021 (copies enclosed).  Other than providing a support case number, no response has been received by MERS.  The payoff amount as of June 4, 2021 was $70,562.29.  Per diem interest continues to accrue at $8.02.

Demand is made for payment of the payoff amount of $70,562.29 plus per diem interest through September 2, 2022 for a total of $74,211.39.  Please make the check payable to First Financial, LLC and send to my attention.

If payment is not received within 15 calendar days of the date of this letter, we will have no choice but to commence legal proceedings.  Please direct all future correspondence to the undersigned.

This letter is sent without waiver of my client's rights and claims.

                    Very truly yours,

                    */s/ A. Neil Hartzell*

                    A. Neil Hartzell

Enclosures

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS    Document 1-1    Filed 12/30/22    Page 15 of 24 PageID #: 21

**From:** James Loggins
**Sent:** Thursday, August 11, 2022 8:44 AM
**To:** docrequest@mersinc.org
**Cc:** Jim Schillinger <jims@fox1financial.com>
**Subject:** Erroneous Satisfaction of Mortgage

We have an issue in Rhode Island, where a Satisfaction was erroneously recorded by MERS(**MIN:1000779-1000448594-8)** and released our 2nd mortgage lien and coincidentally 2 months later the borrower sold the property. We are the current servicer of this loan and have owned the loan since 2007   Please see attached Assignment of Mortgage). Please let me know if you can help us with this file and I can send you over more documentation if necessary. I attached the Discharge of Mortgage for the 1st Mortgage lien and the Satisfaction of Mortgage for our 2nd mortgage that were both recorded within 3 days of each other. Thanks

1

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 16 of 24 PageID #: 22

James Loggins Sr.
Collections Manager
10632 N. Scottsdale Rd., B-466
Scottsdale, AZ 85254
Ph:(800) 958-2604 x38
Fax:(480) 443-9281
E-mail: jamesl@fox1financial.com

Information provided by Fox 1 Financial or it employees is not to be interpreted as legal advice; Fox 1 Financial is not a law firm or a certified public accountant and does not hold itself out to be either. Fox 1 Financial and its employees attempt to provide general information/ideas on issues commonly encountered by Clients.  Requests for legal or technical opinions should be directed to your attorney or accountant.

Please understand that Fox 1 Financial is a debt collector and is required by law to inform you that this may be an attempt to collect a debt and any information obtained will be used for that purpose.

This message and attachments may contain confidential information.  If you are not the intended recipient, you may not use this information in any way.  If you have received this in error, please notify the sender by reply e-mail and immediately delete this message.  Although this e-mail is believed to be free of any virus, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Fox 1 Financial in any way for its use.

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

CV-004461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 17 of 24 PageID #: 23

INST: 00004962 Bk: 6503 Pg: 57

Please return the recorded document to:

**First Financial, LLC**
7119 E. Shea Blvd., #109-466
Scottsdale, AZ 85254
(480) 443-3526

FF-4880

Document Prepared by Kim A. Jones

# ASSIGNMENT OF MORTGAGE

Date of Assignment: February 1, 2007

For value received, Mortgage Electronic Registration Systems, Inc. "MERS," nominee for Decision One Mortgage Company, LLC, its successors and assigns, P.O. Box 2026, Flint, MI 48501-2026, hereby sells, assigns and transfers to: *First Financial, LLC*

~~FOX 1 FINANCIAL~~, **7119 E. Shea Blvd., #109-466, Scottsdale, AZ 85254**

and its successors and assigns all its rights, title and interest to a certain Mortgage described as follows:

| | |
|---|---|
| EXECUTION DATE: | August 11, 2005 |
| LOAN AMOUNT: | $27,000.00 |
| BORROWER/GRANTOR: | Terrance J. DeYoung |
| LENDER: | Decision One Mortgage Company, LLC |
| COUNTY / STATE: | Providence County / Rhode Island |
| RECORDED: | August 16, 2005 |
| DOCUMENT #: | 21538 |
| BOOK / PAGE: | 5841 / 156 |
| COMMON ADDRESS: | 49 Custer Street, Warwick, RI 02889 |
| LEGAL: | LOTS 160 AND 161, HASWILL SHORE PLAT, WARWICK, RHODE ISLAND. |

Mortgage Electronic Registration Systems, Inc. "MERS," nominee Decision One Mortgage Company, LLC

_____
James McDermott
*Vice President*

_____
Witness

STATE OF FLORIDA        )
                        ) ss
COUNTY OF HILLSBOROUGH  )

On February _23_, 2007, before me, _K L Lugo Smith_, a Notary Public in and for said county and state, appeared James McDermott, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they are the ___V. P._____ of Mortgage Electronic Registration Systems, Inc. "MERS," nominee for Decision One Mortgage Company, LLC, and were duly authorized in his/her/their respective capacities to execute the foregoing instrument for and in the name and on behalf of said corporation and that said corporation executed the same, and further stated and acknowledged that they had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

WITNESS my hand and official seal,

_K J Lugo Smith_
Notary Public: _____
My Commission Expires:

Notary Public State of Florida
K L Lugo Smith
My Commission DD603821
Expires 10/10/2010

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 18 of 24 PageID #: 24

The purpose for this assignment is to
Correct Assignee's address

Return recorded document to:
First Financial, LLC
10632 N. Scottsdale Rd., B-466
Scottsdale, AZ 85254
(480) 443-3526
Prepared by:
Susan A. McCormick

## ASSIGNMENT OF MORTGAGE

For value received, **First Financial, LLC**, 7119 E. Shea Blvd., #109-466, Scottsdale, AZ 85254,
hereby sells, assigns and transfers to: **First Financial, LLC**, 10632 N. Scottsdale Rd., B-466,
Scottsdale, AZ 85254 and its successors and assigns all it's right, title and interest to a certain mortgage
described as follows:

EXECUTION DATE:        August 11, 2005
LOAN AMOUNT:           $27,000.00
BORROWER:              Terrance J. DeYoung
LENDER:                Decision One Mortgage Company, LLC, 6060 J.A. Jones Dr., #1000,
                       Charlotte, North Carolina 28287
COUNTY/STATE:          Providence / Rhode Island
RECORDED:              August 16, 2005
DOCUMENT NO:           21538
BOOK / PAGE:           5841 / 0156
COMMON ADDRESS:        49 Custer Street, Warwick, Rhode Island 02889
LEGAL:                 LOTS 160 AND 161, HASWILL SHORE PLAT, WARWICK,
                       RHODE ISLAND

Dated this November _13th_, 2015

James E. Schillinger, Manager
First Financial, LLC

RECORDED
Nov 23, 2015 12:04P
Judy Wild, City Clerk
City of Warwick, RI

State of Arizona          )
                          ) ss
COUNTY OF MARICOPA        )

On November _13th_, 2015, before me, a Notary Public in and for said county and state, personally
appeared James E. Schillinger, Manager of First Financial, LLC, personally known to me (or proved to me
on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf
of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public  James Loggins
My Commission Expires December 23, 2017

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 19 of 24 PageID #: 25

## RHODE ISLAND
CITY/TOWN OF WARWICK

WHEN RECORDED MAIL TO:
FIRST AMERICAN MORTGAGE SOLUTIONS
1795 INTERNATIONAL WAY
IDAHO FALLS, ID 83402
PH. 208-528-9895

# DISCHARGE OF MORTGAGE

THE undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR CENTRAL PACIFIC MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS, located at P.O. BOX 2026, FLINT, MICHIGAN 48501-2026, the Mortgagee of that certain Mortgage, described below, that said debt secured by said Mortgage has been fully paid and satisfied, does hereby release and reconvey to the persons legally entitled thereto, all of its right, title, and interest in and to the real estate described in said Mortgage, forever discharging the lien from said Mortgage.

Said Mortgage executed by TERRANCE J DEYOUNG, Mortgagor ("Borrower"), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR CENTRAL PACIFIC MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS, Original Mortgagee, recorded on FEBRUARY 27, 2004 in Volume 5072 at Page 62 as Instrument No. 4760 in the Mortgage records in the Office of the Clerk of the City/Town of WARWICK, State of RHODE ISLAND and more particularly described:

LEGAL DESCRIPTION: AS DESCRIBED IN SAID MORTGAGE REFERRED TO HEREIN
PROPERTY ADDRESS: 49 CUSTER STREET, WARWICK, RI 02889

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed on MAY 20, 2021.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE

MARIA PUNZO, VICE PRESIDENT

STATE OF ARIZONA   COUNTY OF MARICOPA   ) ss.

On MAY 20, 2021, before me, REBECCA FRITZ, Notary Public, personally appeared MARIA PUNZO, VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, whose identity was proven to me on the basis of satisfactory evidence to be the person who he or she claims to be and whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or entity, who they acted on the behalf of, executed the instrument.

REBECCA FRITZ (COMMISSION EXP. 05/12/2024)
NOTARY PUBLIC

REBECCA FRITZ
Notary Public, State of Arizona
Maricopa County
Commission #584310
My Commission Expires
May 12, 2024

RECORDED
Jun 07, 2021 02:39P
Lynn D'Abrosca
City Clerk
City of Warwick, RI

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 20 of 24 PageID #: 26

Recording Requested By and
When Recorded Return To:
Merscorp Holdings, Inc., c/o NTC
2100 ALT 19 North
Palm Harbor, FL 34683

Document Prepared By:
MERSCORP Holdings, Inc. 1818
Library Street Suite 300 Reston,
VA 20190 1-888-679-6377

MIN# 100077910004485948

## SATISFACTION OF MORTGAGE

THE UNDERSIGNED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS, holder of a certain Mortgage made by TERRANCE J DEYOUNG, bearing the date of 08/11/2005 and recorded in the Land Evidence Records of the Town of **WARWICK, Rhode Island,** in **Book 5841 and Page 156,** does hereby cancel and discharge said mortgage and authorizes the Recorder to discharge the Mortgage of record.

Property is commonly known as: 49 CUSTER STREET, WARWICK, RI 02889.

Dated on   6 / 4 / 01   (MM/DD/YYYY)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS

By: _____
   Joseph Patry
   VICE PRESIDENT

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX
The foregoing instrument was acknowledged before me by means of [  ] physical presence or [  ] online notarization on   06 / 04 / 2021   (MM/DD/YYYY) by Joseph Patry, VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Notary Public - COMMONWEALTH OF VIRGINIA
Commission expires:  5/31/2024

Elizabeth Powell
Commonwealth of Virginia
Notary Public
Commission No. 354467
My Commission Expires 05/31/2024

MRSAV 424372532   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  COR  MIN 100077910004485948 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T012106-11:17:46 [C-1] CORR11



*D0078137054*

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 21 of 24 PageID #: 27

INST: 00021529 Bk: 9989 Pg: 163

## RHODE ISLAND
CITY/TOWN OF WARWICK

WHEN RECORDED MAIL TO:
**FIRST AMERICAN MORTGAGE SOLUTIONS**
1795 INTERNATIONAL WAY
IDAHO FALLS, ID 83402
PH: 208-528-9895

# DISCHARGE OF MORTGAGE

THE undersigned, **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM3**, located at **100 NORTH TRYON STREET, CHARLOTTE, NC 28255**, the Mortgagee of that certain Mortgage, described below, that said debt secured by said Mortgage has been fully paid and satisfied, does hereby release and reconvey to the persons legally entitled thereto, all of its right, title, and interest in and to the real estate described in said Mortgage, forever discharging the lien from said Mortgage.

Said Mortgage executed by **TERRANCE J DEYOUNG**, Mortgagor ("Borrower"), to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS**, Original Mortgagee, recorded on **AUGUST 26, 2005** in Volume 5841 at Page 140 as Instrument No. 21537 in the Mortgage records in the Office of the Clerk of the City/Town of **WARWICK**, State of **RHODE ISLAND** and more particularly described.

LEGAL DESCRIPTION: **AS DESCRIBED IN SAID MORTGAGE REFERRED TO HEREIN**
PROPERTY ADDRESS: **49 CUSTER STREET, WARWICK, RI 02889**

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed on **10-20-2021**

**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., AS ATTORNEY-IN-FACT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM3**

Name: Tracy Love
PRESIDENT                                          VICE

POD: 20210830
BA80501171M - LR - RI

Page 1 of 2

MIN: 100077910004485674

MERS PHONE: 1-888-679-6377

**From:** James Loggins
**Sent:** Monday, August 29, 2022 12:49 PM
**To:** MERS Doc Request <docrequest@mersinc.org>
**Subject:** RE: CC27588106 - Erroneous Satisfaction of Mortgage

Can I please have an update on this case? Thanks

---

**From:** MERS Doc Request <docrequest@mersinc.org>
**Sent:** Thursday, August 11, 2022 8:48 AM
**To:** James Loggins <jamesl@fox1financial.com>
**Subject:** CC27588106 - Erroneous Satisfaction of Mortgage

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 23 of 24 PageID #: 29



A support case has been opened. Please use CC27588106 to reference your case.

Regards,

**MERS Doc Request**
ICE - MERS Support
docrequest@mersinc.org

1-888-680-6377

Received from: JamesL@Fox1Financial.com

WARNING - External email from fox1financial.com

We have an issue in Rhode Island, where a Satisfaction was erroneously recorded by MERS(MIN:1000779-1000448594-8) and released our 2nd mortgage lien and coincidentally 2 months later the borrower sold the property. We are the current servicer of this loan and have owned the loan since 2007 Please see attached Assignment of Mortgage). Please let me know if you can help us with this file and I can send you over more documentation if necessary. I attached the Discharge of Mortgage for the 1st Mortgage lien and the Satisfaction of Mortgage for our 2nd mortgage that were both recorded within 3 days of each other. Thanks

James Loggins Sr.
Collections Manager
10632 N. Scottsdale Rd., B-466
Scottsdale, AZ 85254
Ph:(800) 958-2604 x38
Fax:(480) 443-9281
E-mail: jamesl@fox1financial.com

Information provided by Fox 1 Financial or it employees is not to be interpreted as legal advice; Fox 1 Financial is not a law firm or a certified public accountant and does not hold itself out to be either. Fox 1 Financial and its employees attempt to provide general information/ideas on issues commonly encountered by Clients. Requests for legal or technical opinions should be directed to your attorney or accountant.

Please understand that Fox 1 Financial is a debt collector and is required by law to inform you that this may be an attempt to collect a debt and any information obtained will be used for that purpose.

This message and attachments may contain confidential information. If you are not the intended recipient, you may not use this information in any way. If you have received this in error, please notify the sender by reply e-mail and immediately delete this message. Although this e-mail is believed to be free of any virus, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Fox 1 Financial in any way for its use.

**Reference #:** CC27588106
**Customer:** JamesL@Fox1Financial.com
**State:** New
**Date Opened:** 11-Aug-2022 11:46:42 EDT

Case Number: PC-2022-06485
Filed in Providence/Bristol County Superior Court
Submitted: 11/14/2022 2:36 PM
Envelope: 3869491
Reviewer: Carol M.

Case 1:22-cv-00461-JJM-PAS   Document 1-1   Filed 12/30/22   Page 24 of 24 PageID #: 30

**Case Summary:** Erroneous Satisfaction of Mortgage

This message may contain confidential information and is intended for specific recipients unless explicitly noted otherwise. If you have reason to believe you are not an intended recipient of this message, please delete it and notify the sender. This message may not represent the opinion of Intercontinental Exchange, Inc. (ICE), its subsidiaries or affiliates, and does not constitute a contract or guarantee. Unencrypted electronic mail is not secure and the recipient of this message is expected to provide safeguards from viruses and pursue alternate means of communication where privacy or a binding message is desired.

Please remember that internal communications are confidential and not to be shared.

Ref:MSGICE324022320